# IN THE SUPREME COURT OF THE STATE OF NEVADA

DIEL LAMONT FLANNIGAN,
          Appellant,
        vs.
THE STATE OF NEVADA,
          Respondent.

No. 83359

FILED

AUG 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial motion to reduce bail. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion to reduce bail in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

                          _____, J.
                          Parraguirre

_____, J.        _____, J.
Stiglich                        Silver

cc:    Hon. Joseph Hardy, Jr., District Judge
       Nguyen & Lay
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Diel Lamont Flannigan

SUPREME COURT
OF
NEVADA

(O) 1947A

21-24235